

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:19-cr-33 |
| Plaintiff | : | Judge Thomas M. Rose |
| v. | : | |
| VINCENT M. WARD, | : | **INDICTMENT**<br>**18 U.S.C. §§ 922(g)(1) and 924(a)(2)**<br>**21 U.S.C. §§ 841(a)(1) and (b)(1)(C)** |
| | : | **FORFEITURE** |
| Defendant. | | |

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**
**[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]**

On or about January 31, 2019, in the Southern District of Ohio, defendant **VINCENT M. WARD**, knowingly possessed a firearm, in and affecting interstate commerce. This possession occurred after **VINCENT M. WARD**, had been convicted of the following felony punishable by a term of imprisonment exceeding one year, namely:

a. on or about July 9, 2012, in the United States District Court, Southern District of Ohio at Dayton, Case Number 3:12CR039, of conspiracy to possess with intent to distribute 100 grams or more of Heroin, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), all in violation of 21 U.S.C. § 846.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

**COUNT 2**
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]**

On or about January 31, 2019, in the Southern District of Ohio, defendant **VINCENT M. WARD** knowingly and intentionally possessed with intent to distribute a mixture or substance

containing a detectable amount of heroin, a Schedule I controlled substance and fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION ONE

Upon conviction of Count 1 of this Indictment, defendant **VINCENT M. WARD** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such violation, including but not limited to, a Smith & Wesson 9mm handgun, Serial No. LDJ2248, loaded with 8 rounds of live ammunition.

## FORFEITURE ALLEGATION TWO

Upon conviction of Count 1 and/or 2 of this Indictment, defendant, **VINCENT M. WARD** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to, a Smith & Wesson 9mm handgun, Serial No. LDJ2248, loaded with 8 rounds of live ammunition.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

*S/*
FOREMAN

BENJAMIN C. GLASSMAN
United States Attorney

*Dwight K. Keller*
DWIGHT K. KELLER
Assistant United States Attorney