# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

        **Plaintiff,**

-vs-                                                Case No.   3:19-CR-33

**VINCENT WARD**

        **Defendant.**

---

**ORDER GRANTING DEFENDANT'S MOTION TO REVOKE DETENTION ORDER (DOC. 15) AND ORDERING THE DEFENDANT RELEASED FROM JAIL**

---

On March 13, 2019, Defendant filed a Motion to Revoke Detention Order (doc. 15). Defendant requested release on his own recognizance with conditions pending resolution of the above captioned case. A hearing was held on April 1, 2019, at which the Court took the matter under advisement. Defendant is currently in custody at the Butler County Jail.

The Court having given consideration, finds that Defendant's motion well-founded and grants Defendant's Motion to Revoke Detention order (doc. 15). It is further ordered that the Defendant be released on **Wednesday, April 10, 2019**, and report to Pretrial Services no later than **9:30 a.m.** Defendant is to participate in Home Incarceration with Electronic Monitoring and abide by any conditions of release as determined appropriate by Pretrial Services. Order setting conditions of release to be entered separately.

**DONE** and **ORDERED** in Dayton, Ohio, this 9th day of April 2019.

                                                                               THOMAS M. ROSE, JUDGE
                                                                               UNITED STATES DISTRICT COURT